# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

STEPHEN C. GLOVER,                          )
                                            )
    Plaintiff,                           )
                                            )
v.                                          )
                                            )       Civil Action No. 1:13-cv-01109-JOF
THE GEM SHOPPING NETWORK,                   )
INC.,                                       )
                                            )
    Defendant.                           )

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

DONE AND ORDERED in Chambers this _10th_ day of _June_____,

2014. THIS MATTER is before the Court upon the Parties' Stipulation of

Dismissal With Prejudice.  Upon due consideration and good cause shown, it is

hereby

    ORDERED and ADJUDGED that:

    (1)  Plaintiff's and Defendants' Stipulation of Dismissal is GRANTED; and

    (3) Plaintiff's claims are hereby DISMISSED in their entirety, with

prejudice.

_for_ _____

J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE